No. 01–10565.   MEJIA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 01–10566.   AUREOLES PINEDA *v.* SCOTT, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 01–10567.   RODRIGUEZ ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 01–10568.   STRASSBERG *v.* NEW YORK HOTEL & MOTEL TRADES COUNCIL ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 01–10569.   SURRATT *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 01–10570.   SMEDLEY *v.* CITY OF DOTHAN.   Sup. Ct. Ala.   Certiorari denied.

No. 01–10571.   NOLTON *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 01–10572.   OLIVEROS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 01–10573.   MCCALLUP *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 01–10574.   POST *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT (CALIFORNIA, REAL PARTY IN INTEREST).   Sup. Ct. Cal.   Certiorari denied.

No. 01–10575.   BIESER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 01–10576.   TANG *v.* NORTHERN CHEYENNE TRIBE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 01–10577.   WASHINGTON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 01–10578.   WHEAT *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.